**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Christie E. Bowers, et al.,

    Plaintiffs,                                   Civil No. 09-1036 (RHK/JJK)

vs.                                                **DISQUALIFICATION AND**
                                                     **ORDER FOR REASSIGNMENT**

Messerli & Kramer, P.A., et al.,

    Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 6, 2009

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge